**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

BARBARA D. WYSOCKI,

       Plaintiff,

vs.                                                CASE NO. 3:05-cv-1058-J-TEM

MICHAEL J. ASTRUE,[1]
Commissioner of Social Security,

       Defendant.
_____

**O R D E R**

This matter is before the Court on Defendant's Unopposed Motion to Affirm the Commissioner's Decision Subsequent to Remand and for Entry of Judgment (Doc. #20, Motion). Previously, Defendant moved to remand this case for further administrative action pursuant to sentence four of 42 U.S.C. Sections 205(g), 1631(c)(3), 405(g), and 1383(c)(3) of the Social Security Act (Doc. #10). On February 3, 2006, the Court granted Defendant's aforementioned motion (Doc. #11, Order). The Court's Order remanding this case to the Commissioner was made pursuant to sentence four of 42 U.S.C. § 405(g) (*see* Doc. #11).

Under *Melkonyan v. Sullivan*, 501 U.S. 89, 102 (1991), post remand review by the court is mandated in cases which were previously remanded under the **sixth** sentence of 42 U.S.C. § 405(g). Defendant's the basis for filing the Motion is as follows: "Because this case was previously remanded pursuant to sentence six of U.S.C. § 405(g), the Commissioner urges this Court to enter an order affirming [the Commissioner's] determination and enter Judgment for the plaintiff" (Doc. #20). As noted herein, this Court

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25, Federal Rules of Civil Procedure, Michael J. Astrue has been substituted as Defendant herein.

remanded the matter pursuant to sentence four of 42 U.S.C. § 405(g) (*see* Doc. #11). Therefore, no additional Court review is required in this instance.

Based on the foregoing, it is hereby **ORDERED**:

Unopposed Motion to Affirm the Commissioner's Decision Subsequent to Remand and for Entry of Judgment (Doc. #20) is **DENIED AS MOOT**.

**DONE AND ORDERED** at Jacksonville, Florida this 23rd day of May, 2011.

Copies to all counsel of record

**THOMAS E. MORRIS**
United States Magistrate Judge